# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CHARLES D. SAMPLE, | : | No. 119 EM 2019 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY (CCP), | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamas [sic] to Compel" is DENIED.